**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

In Re:

**William Bradly Banks**,                                Case No.
                                                         Chapter 13

Debtor(s).

## CHAPTER 13 PLAN
(Individual Adjustment of Debts)

Debtor(s):           **William Bradly Banks**           s.s. # xxx-xx-7999

Debtor(s) Address:   **4026 Reenie Avenue**
                     **Memphis TN 38128**

Plan Payment:        Debtor(s) to pay        **$160.00 WEEKLY**
Payroll Deduction:   Yes ( X )  No ( __ )  Direct Pay Because _____    First Payment Date _____
Debtor(s) Employer:  **Bluff City Fire Protection**
Administrative:      Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.      Monthly
                                                                                                              Plan Payment

Auto Insurance:      ( X ) Not Included in Plan  ( __ ) Included in Plan
Child Support:       Child Support due:                        Agency:
                     Future support through Plan paid to _____
                     Future support paid outside plan via already established payroll deduction
                     Ongoing child support payment start date _____
                     Arrearage Amount _____

Priority Creditors:  _____                _____    _____ %
                     _____                _____    _____ %

Home Mortgages:      If no arrearage, ongoing payments are to be paid directly by debtor(s).
1st Mortgage on Primary Residence – 4026 Reenie, Memphis TN 38128
Seterus, Inc.        Ongoing mortgage payment through plan to begin February 2017         $454.00
                     Approximate arrearage $3,600.00   Interest 0.00 %                    $80.00`
2nd Mortgage on Primary Residence -
_____           Ongoing mortgage payment through plan to begin _____
                     Ongoing mortgage payment to be paid directly outside plan beginning _____
                     Approximate arrearage $_____ Interest _____ %

**All future claims filed by mortgage creditors for Post-Petition Mortgage Fees Expenses and Charges pursuant to F.R.B.P. 3002.1(c) shall be set up as secured claims to be paid over the life of the plan without further order of the Court, and subject to the provisions for determination pursuant to F.R.B.P. 3002.1 (e)

Secured Creditors:   (Retain lien 11 U.S.C. § 1325(a)(5))              Value of       Rate of       Monthly
Adequate protection payment will be ¼ (25%) of proposed creditor monthly payment.   Claim   Interest   Plan Payment
City of Memphis Treasury Office (4026 Reenie)                          $425.00       12.0 %        $10.00
Shelby County Trustee (4026 Reenie)                                    $546.00       12.0 %        $13.00
Special Class Creditors:
CLASS 1              _____                           _____    _____ %    _____
CLASS 1              _____                           _____    _____ %    _____
LEASE                _____                           _____    _____ %    _____

Unsecured Creditors: Unsecured creditors will receive **TBD%** or an amount to be determined by the Chapter 13 Trustee after the expiration of the last date set for filing of claims and paid after the above claims or they will pay all disposable income for the term of plan.

Estimated Total Unsecured, Non-Priority Debt:          $4,796.00
Termination:         Plan shall terminate upon payment of the above, approximately 60 months.
Debtor(s) Attorney:  S. Jonathan Garrett (019389)  2670 Union Avenue Extended, Suite 1200, Memphis, Tennessee 38112-4424
                     Email: bk@garrettbankruptcylaw.com    Telephone: 901-323-3200    Fax: 901-323-3275

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.
ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR IN THIS PLAN, SHALL BE PAID AS GENERAL UNSECURED DEBTS.