**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE**

In Re:

**William Bradly Banks**,                                           Case No. 16-29041-D
                                                                                       Chapter 13

Debtor(s).

### ****AMENDED****CHAPTER 13 PLAN
(Individual Adjustment of Debts)

| | | |
|---|---|---|
| Debtor(s): | **William Bradly Banks** | s.s. # xxx-xx-7999 |
| Debtor(s) Address: | **4026 Reenie Avenue**<br>**Memphis TN 38128** | |
| Plan Payment: | Debtor(s) to pay  **$160.00 WEEKLY** | |
| Payroll Deduction: | Yes ( X )  No (__)  Direct Pay Because _____   First Payment Date _____ | |
| Debtor(s) Employer: | **Bluff City Fire Protection** | |
| Administrative: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | Monthly<br>Plan Payment |
| Auto Insurance: | ( X ) Not Included in Plan  (__) Included in Plan | |
| Child Support: | Child Support due:                                         Agency: | |
| | Future support through Plan paid to _____ | |
| | Future support paid outside plan via already established payroll deduction | |
| | Ongoing child support payment start date _____ | |
| | Arrearage Amount _____ | |
| Priority Creditors: | _____                                                      _____    % | _____ |
| | _____                                                      _____    % | _____ |

Home Mortgages:    If no arrearage, ongoing payments are to be paid directly by debtor(s).
1st Mortgage on Primary Residence – 4026 Reenie, Memphis TN 38128
Seterus, Inc.                       Ongoing mortgage payment through plan to begin February 2017           $454.00
                                   Approximate arrearage $3,600.00    Interest  0.00  %                                 $80.00
2nd Mortgage on Primary Residence -
_____                           Ongoing mortgage payment through plan to begin _____
                                   Ongoing mortgage payment to be paid directly outside plan beginning _____
                                   Approximate arrearage $_____    Interest ____%                                    _____

****[AMENDED TO DELETE LANGUAGE]****

| Secured Creditors: | (Retain lien 11 U.S.C. § 1325(a)(5)) | Value of<br>Claim | Rate of<br>Interest | Monthly<br>Plan Payment |
|---|---|---|---|---|
| Adequate protection payment will be ¼ (25%) of proposed creditor monthly payment. | | | | |
| City of Memphis Treasury Office (4026 Reenie) | | $425.00 | 12.0 % | $10.00 |
| Shelby County Trustee (4026 Reenie) | | $546.00 | 12.0 % | $13.00 |
| Special Class Creditors: | | | | |
| CLASS 1 | _____ | _____ | % | _____ |
| CLASS 1 | _____ | _____ | % | _____ |
| LEASE | _____ | _____ | % | _____ |

Unsecured Creditors:    Unsecured creditors will receive TBD% or an amount to be determined by the Chapter 13 Trustee after the expiration of the last date set for filing of claims and paid after the above claims or they will pay all disposable income for the term of plan.

Estimated Total Unsecured, Non-Priority Debt:              $4,796.00
Termination:    Plan shall terminate upon payment of the above, approximately 60 months.
Debtor(s) Attorney:    S. Jonathan Garrett (019389)  2670 Union Avenue Extended, Suite 1200, Memphis, Tennessee 38112-4424
                                     Email: bk@garrettbankruptcylaw.com    Telephone: 901-323-3200    Fax: 901-323-3275

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.
ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR IN THIS PLAN, SHALL BE PAID AS GENERAL UNSECURED DEBTS.